1  LAW OFFICE OF RICCI & SPROULS
   Attorneys at Law
2  445 Washington Street         **ORIGINAL**
   San Francisco, California 94111   **FILED**
3  (415) 391 2100
   FAX (415) 391 4678            MAY  2 2008
4  FRANK P. SPROULS State Bar #106560 WIEKING
5  Attorney for Petitioner CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA



6
7              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                SAN FRANCISCO DIVISION

9  Jose Alberto Navarro          CV 08        2288
   Petitioner,                   PETITION FOR **WRIT OF**
10
   V                             **MANDAMUS**
11 MICHAEL MUKASEY , ATTORNEY
   GENERAL OF THE UNITED STATES
12 AND
   CHARLES De Moore,
13 Acting District Director,
   United States Citizenship &
14 Immigration Services
15 Respondent.
16
17
18 _____

19     The Plaintiff hereby petitions this Court for extraordinary

20 relief in the nature of a writ of mandamus, directed to

21 Defendant, the Attorney General and his employees and agents in

22 the USCIS.

23     This action seeks the relief of compelling the Respondents

24 to allow the Petitioner back into the United States following an

25 erroneous Order of Removal.

The Respondents freely conceded that that are going to "parole" the Petitioner, however, we have yet to see any actions by the Respondents based on their promise.

In support of this verified petition, Plaintiff alleges the following:

## THE PARTIES

1.  Plaintiff, Jose Alberto Navarro (hereafter the "petitioner"), is a citizen and national of Mexico.

2.  Defendant, Michael Mukasey, is the Attorney General of the United States and controls the United States Citizenship and Immigration Services.

## THE FACTS

This case presents a litany of genuine human tragedy, innocent and excusable error and finally Agency inaction.

The Petitioner is currently in Removal Proceedings brought by the Respondents. (Exhibit A)

The Petitioner is pursing concurrent relief, he is seeking a from of relief known as Cancellation of Removal {INA 240A (b)} which requires ten years presence in the United States and the alien must also demonstrate that he is a person of good moral character and the alien must also demonstrate extreme and

---

PETITION FOR WRIT OF MANDAMUS, Navarro v. Mukasey

1 | exceptionally unusual hardship to one's Lawful Resident or

2 | citizen, spouse, parent or child. (Exhibit B)

3 | ●● Additionally, he is seeking Adjustment of Status based on a

4 | visa petition filed by his now deceased father. (Exhibit C)

5 | Petitioner filed a Motion to continue the case based on the

6 | fact that the visa petition was not yet current. (Exhibit D)

7 | A subsequent Motion to withdraw that Motion was filed based

8 | on the tragic death of the Petitioner's father. (Exhibit E)

9 | The Court ruled on the second motion and the Court granted

10 | the motion to withdraw the request for a continuance. (Exhibit

11 |

12 | F)

13 | Through miscommunication, the office thought the first

14 | motion to continue was the motion that was granted and the

15 | Petitioner was told that he need not appear at the hearing.

16 | The Immigration Judge then conducted an *in absentia* order

17 | of Removal. (Exhbit G)

18 | Petitioner's counsel then filed a Motion to Rescind the *in*

19 | *absentia* order. (Exhibit H)

20 | It is at this stage, that a simple ministerial error by the

21 | Immigration Court staff resulted in a catastrophic event for the

22 | Petitioner.

23 | The Motion was pending and the Government filed a non-

24 | opposition. (Exhibit I)

25 |

It appears that the Court clerk did not input the Motion into the Court data-base.

On or about 03/27/08, the Petitioner was arrested by the agents of the Respondent because they believed that they had a final Order of Deportation.

The officers apparently checked with the data base and concluded that there was no impediment to his deportation.

The Petitioner is a native and citizen of Mexico and the Respondents remove aliens to Mexico on a daily basis and he was ordered removed the same day that he was apprehended.

Now the problem is that the Removal of alien while an *in absentia* order is pending is contrary to law.

The filing of Motion to rescind an in absentia Order automatically, as matter of law, stays removal until the IJ rules on the motion. INA 240(b) (5) (C)

Now, the officers were arguably not at fault, however, the result for the petitioner is the same in the sense that the Petitioner was unlawfully removed from the United States.

Following the removal, agents of the Respondents, as well as an attorney of the Office of District Counsel conceded that the Petitioner should not have been removed and that they would take all reasonable steps to have him returned to the United States.

Subsequent to the concession of the Respondents, the Immigration Judge reopened the case and the Petitioner has a Court date set for June 27, 08. (Exhibit J)

The Detention officer in charge is Officer James Bible and he has been unfailingly polite and professional and he has informed us over the past three weeks that all the proper paperwork has been filed and the Petitioner's return is being processed by "Headquarters" in Washington D.C.

Now, in the age of faxes, e-mails and the like, there is no reason for this unreasonable delay.

The Petitioner entered the United States when he nine years of age.

He is utterly adrift in Mexico.

His family is of modest means and they are groaning under the weight of having to fund the Petitioner's exile in Mexico.

**ARGUMENT**

A. Governing Law

The relief of mandamus is only available if the petitioner demonstrates "(1) a clear right to the relief, (2) a clear duty by the defendant to do the act requested, and (3) the lack of any other adequate remedy." Allied Chemical Corp. et. al v. Daiflon, 449 U.S. 33 (1980)

---

1    This case abundantly meets the test for mandamus relief.

2

3

4

5

6
### I. Clear Right to the Relief

7

8    The Government concedes that the Petitioner should be

9    returned to the United States to continue his Immigration Case.

10    There is obviously no other legal venue for the Petitioner

11    to return to the United States and thus he has a clear right to

12    the relief.

13

14

15
### II. CLEAR DUTY TO ACT

16    It is again acknowledged by the Government that the removal

17    was erroneous and he has an absolute right to return to the

18    United States.

19

20

21
### III. Lack of Any Other Adequate Remedy

22    This is piercingly obvious. The only legal avenue to enter

23    the United States is with an immigrant visa, a non-immigrant

24    visa or some form of official "parole" that will allow the

25    Customs officials to admit the alien.

PETITION FOR WRIT OF MANDAMUS, Navarro v. Mukasey                    6

1    At the present time, it is painfully clear that the

2  applicant/petitioner has no other relief at law.,

3    Now, obviously this is the type of situation that could be

4  worked out informally, however Petitioner has made numerous

5  attempts to have the Respondents simply do what they have

6  promised that they would do. (Exhibit K)

7    The Petitioner and his family are obviously frustrated and

8  they must turn to this court for equitable intervention.

9

10

11

12

13                    **Nature of Relief Sought**

14    This action asks the Court to issue a writ of mandamus

15  compelling the Respondents to allow the Petitioner to re-enter

16  the United States.

17

18  Dated: _____5-/_____    2008

19

20  _____

21  Frank P. Sprouls

22

23

24

25

PETITION FOR WRIT OF MANDAMUS, <u>Navarro v. Mukasey</u>                    7

# EXHIBIT

# A

Act √
LV

U.S. Department of Justice
Immigration and Naturalization Service                                    **Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No:    A98 132 337

In the Matter of:

Respondent:    NAVARRO GONZALEZ, JOSE ALBERTO                    currently residing at:

949 PARADISE BLVD  HAYWARD, CA 94541-0000                         000-000-0000
<span>(Number, street, city, state and ZIP code)</span>                              <span>(Area code and phone number)</span>

[ ]    1. You are an arriving alien.

[x]    2. You are an alien present in the United States who has not been admitted or paroled.

[ ]    3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1) You are not a citizen or national of the United States.

2) You are a native of MEXICO and a citizen of MEXICO;

3) You entered the United States at or near SAN YSIDRO, CA on or about January 1, 1984;

4) You were not then admitted or paroled after inspection by an Immigration Officer.

9 USC ),   Fall USC ,  malli   JUN 3  2004
Légh

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212 (a) (6) (A)(i) of the Immigration and Nationality Act (Act), as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than designated by the Attorney General.

[ ]    This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ]    Section 235(b)(1) order was vacated pursuant to:    [ ] 8 CFR 208.30(f)(2)    [ ] 8 CFR 235.3(b)(5)(iv)

**YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:**

550 KEARNY STREET,  SUITE #800, SAN FRANCISCO, CA 94108-0000
<span>(Complete Address of Immigration Court, including Room Number, if any)</span>

on    **JUN 2 5 2004**    at    **8:30AM**    to show why you should not be removed from the United States based on
<span>(Date)</span>                <span>(Time)</span>
the charge(s) set forth above.

_____ , **Supervisory Asylum Officer**
<span>(Signature and Title of Issuing Officer)</span>

Date:    **2 8 MAY 2004**        SAN FRANCISCO, CA
<span>(City and State)</span>

See reverse for important information

Form I-862(Rev. 3/22/99)N

### Notice to Respondent

**Warning:  Any statement you make may be used against you in removal proceedings.**

**Alien Registration:**  This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings.  You are required to carry it with you at all times.

**Representation:**  If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16.  Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel.   A list of qualified attorneys and organizations who may be available to represent you at no cost will provided with this Notice.

**Conduct of the hearing:**  At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case.  If any document is in a foreign language, you must bring the original and a certified English translation of the document.  If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear.  You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.  At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily.  You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:**  You are required to provide the INS, in writing, with your full mailing address and telephone number.  You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding.  You will be provided with a copy of this form.  Notices of hearing will be mailed to this address.  If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing.  If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing.  I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before: _____

Date: _____

_____
(Signature and Title of  INS Officer)

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on  **JUN 0 1 2004** , in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

[x] in person        [ ] by certified mail, return receipt requested        [ ] by regular mail

[ ]  Attached is a credible fear worksheet.

[X]  Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____        _____
(Signature of Respondent if Personally Served)        (Signature and Title of Officer)

Form I-862(Rev. 3/22/99)N

# EXHIBIT

# B

U.S. Department of Justice
Executive Office for Immigration Review

**PLEASE READ ADVICE AND INSTRUCTIONS
BEFORE FILLING IN FORM**

**PLEASE TYPE OR PRINT**

EOIR 42B    $100.00

## PART 1 - INFORMATION ABOUT YOURSELF

| | |
|---|---|
| 1) My present true name is: *(Last, First, Middle)*<br>NAVARRO - GONZALEZ Jose Alberto | 2) Alien Registration Number:<br>98 132 337 |
| 3) My name given at birth was: *(Last, First, Middle)*<br>NAVARRO - GONZALEZ, Jose Alberto | 4) Birth Place: *(City, Country)*<br>Tijuana Mexico |

| 5) Date of Birth: *(Month, Day, Year)*<br>2/3/1975 | 6) Gender:<br>☑ Male  ☐ Female | 7) Height:<br>5.05 | 8) Hair Color:<br>Black | 9) Eye Color:<br>Brown |
|---|---|---|---|---|

| 10) Current Nationality & Citizenship:<br>Mexico | 11) Social Security Number:<br>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 | 12) Home Phone Number:<br>(415) 510- 868-0418<br>(510 )748-1926 | 13) Work Phone Number:<br>510-305-<br>(510 )351-7551 | 8690 |
|---|---|---|---|---|

| | |
|---|---|
| 14) I currently reside at:   23952 Myrtle St.<br>*Apt. number and/or in care of*  949 Paradise Blvd<br>*Number and Street*<br>Hayward                    CA            94541<br>*City or Town*          *State*        *ZIP Code* | 15) I have been known by these additional name(s):<br>None<br><br>Jose Navarro |

16) I have resided in the following locations in the United States:(List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number  -  Apt. or Room#  -  City or Town  -  State  -  ZIP Code | Resided From:<br>*(Month, Day, Year)* | Resided To:<br>*(Month, Day, Year)* |
|---|---|---|
| 949 Paradise Blvd Hayward CA 94541 | 05/2001 | ~~PRESENT~~ 5/2005 |
| 2777 La Port Avenue, Hayward, CA 94545 | 1985 | 05/2001 |
| | | |
| | | |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17)  I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (check all that apply)

☑  My removal would result in exceptional and extremely unusual hardship to my: *(Place a USC in the space if the family member is a citizen of the United States, an L if the family member is a lawful permanent resident of the United States, and an X if the family member is neither, and leave BLANK if not applicable.)*

_____ Husband  _____ Wife  USC Father  LPR Mother  USC Child or Children.

With the exception of absences described in question #25, I have resided in the United States since:
*(Month, Day, Year)* 1984 _____ .

☐  I, or my child, have been battered or subjected to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #25, I have resided in the United States since:
*(Month, Day, Year)* _____

*Please use a separate sheet for additional entries.*
(i)

Form EOIR-42B
August 2002

# EXHIBIT C

| RECEIPT NUMBER | | | STANCE(S) OF ORIGIN | |
|---|---|---|---|---|
| WAC-95-042-51160 | | | | |
| **RECEIPT DATE** December 2, 1994 | **PRIORITY DATE** December 1, 1994 | | **PETITIONER** A91 757 027 NAVARRO, RAFAEL | |
| **NOTICE DATE** January 23, 1995 | **PAGE** 1 of 1 | | **BENEFICIARY** NAVARRO, JOSE A. | |

| | |
|---|---|
| LYNETTE PARKER INTNL INSTITUTE OF THE EAST BAY 297 LEE ST OAKLAND CA 94610 | **Notice Type:** Approval Notice Section: Unmarried child under 21 of permanent resident, 203(a)(2)(A) INA |

The above petition has been approved. We have sent the original visa petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is (603) 334-0700.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
WESTERN SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (714) 643-4880



Form I-797 (Rev. 09/07/93)N

RECEIVED JAN 2 6 1995

# CERTIFICATE OF NATURALIZATION

No. 22139084

INS Registration No.   A91 757 027

Personal description of holder as of date of naturalization:

Date of birth: DECEMBER 03, 1950

Sex: MALE

Height: 5 feet 08 inches

Marital status: MARRIED

Country of former nationality: MEXICO

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

_Rafael Navarro_
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

at:    SAN FRANCISCO, CA

The Attorney General having found that:

RAFAEL NAVARRO

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. DISTRICT COURT
FOR THE NORTHERN CALIFORNIA

at:    SAN FRANCISCO, CA     on:   JUN 20,

that such person is admitted as a citizen of the United States of America.

_Meris Meissner_
Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 8-91

# EXHIBIT
# D

**LAW OFFICE OF RICCI AND SPROULS**
**445 WASHINGTON STREET**
**SAN FRANCISCO, CA 94111**
**TEL: (415) 391-2100**
**FAX: (415) 391-4678**

2007 DEC 2 ¦ PM 12: 04

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE OF IMMIGRATION REVIEW
## OFFICE OF THE IMMIGRATION JUDGE
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| **JOSE ALBERTO NAVARRO-GONZALEZ** ) | A# 98 132 337 |
| ) | Hearing: 1/15/2008 |
| ) | Time: 8:30 AM |
| Respondent in Removal Proceedings ) | Judge: Hon. DiCostanzo |
| ) | |

## MOTION TO CONTINUE MATTER OF VELARDE

Respondent is scheduled to appear before the court on a merits hearing of his adjustment of status application.

Respondent's father, Rafael Navarro, is a United States Citizen (**EXHIBIT A**) and the Respondent is the beneficiary of a Petition for Alien Relative, Form I-130 with a priority date of December 1, 1994. (**EXHIBIT B**)

Respondent is an unmarried son of a United States Citizen and thereby falls within the 1st category of the family Visa Bulletin. According to the bulletin the visa center is currently processing July 1, 1992. (**EXHIBIT C**)

Although the Respondent is also eligible to proceed under INA 240A(b), cancellation of removal for certain nonpermanent residents, Respondent's Adjustment application is would considerably promote judicial economy.

Under the Matter of Velarde, Int. Dec. 3463 (BIA 2002), which holds that the BIA no longer requires an approved I-130 to reopen and remand proceedings, a continuance would be appropriate in this matter.

Counsel, thereby, respectfully seeks a continuance in this matter to monitor the priority date of Respondent's application I-130. We suggest that this matter be placed on the master calendar to

monitor the priority dates that are being processed.

Respectfully submitted:

Dated: _____12 ___20___ 2007

_____
Frank P. Sprouls

# EXHIBIT

# E

**LAW OFFICE OF RICCI AND SPROULS**
**445 WASHINGTON STREET**
**SAN FRANCISCO, CA 94111**
**TEL: (415) 391-2100**
**FAX: (415) 391-4678**



## UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE OF IMMIGRATION REVIEW
### OFFICE OF THE IMMIGRATION JUDGE
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| In the Matter of | ) |
| | ) |
| **JOSE ALBERTO NAVARRO-GONZALEZ** | )    **A# 98 132 337** |
| | )    Hearing: 1/15/2008 |
| | )    Time: 8:30 AM |
| Respondent in Removal Proceedings | )    Judge: Hon. DiCostanzo |
| | ) |

<u>**Motion to withdraw previously filed Motion to Continue due to death of petitioner**</u>

Respondent was the beneficiary of a petition filed by his USC father.  A motion to continue was filed by our office on December 20, 2007 given the priority date was not yet current.

Sadly our office learned today that the Respondent's father passed away on November 29, 2007. The family has been grieving and dealing with the consequences of this incident and was unable to inform us at an earlier date.

Given that Respondent's I-130 petition is no longer valid; we seek to withdraw our motion.  We will simply be pursuing Respondent's Cancellation of Removal application for the next hearing date.

**Dated:** ___/-_ _7_____ **2008**

Frank D. Sprouls

# EXHIBIT
# F

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
120 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA  94104

LAW OFFICE OF RICCI & SPROULS
RICCI, JOHN E.
445 WASHINGTON STREET
SAN FRANCISCO, CA  94111

Date: Jan 9, 2008

File A98-132-337

In the Matter of:
NAVARRO GONZALEZ, JOSE ALBERTO

_____ Attached is a copy of the written decision of the Immigration Judge.
This decision is final unless an appeal is taken to the Board of
Immigration Appeals.  The enclosed copies of FORM EOIR 26,
Notice of Appeal, and FORM EOIR 27, Notice of Entry as Attorney or
Representative, properly executed, must be filed with the Board of
Immigration Appeals on or before _____.
The appeal must be accompanied by proof of paid fee ($110.00).

_____ Enclosed is a copy of the oral decision.

_____ Enclosed is a transcript of the testimony of record.

_____ You are granted until _____ to submit a brief
to this office in support of your appeal.

_____ Opposing counsel is granted until _____ to submit a
brief in opposition to the appeal.

__X__ Enclosed is a copy of the /order/ decision of the Immigration Judge.

All papers filed with the Court shall be accompanied by proof
of service upon opposing counsel.

Sincerely,

Immigration Court Clerk                    UL

cc: ASSISTANT CHIEF COUNSEL
120 MONTGOMERY STREET, STE 200
SAN FRANCISCO, CA  941040000



**Executive Office for Immigration Review**
**Immigration Court**
**120 Montgomery Street, Suite 800**
**San Francisco, California  94104**

In the Matter of:                              File Number: **A98-132-337**

## NAVARRO GONZALEZ, JOSE ALBERTO

Respondent(s)

### ORDER OF THE IMMIGRATION JUDGE

Upon consideration of  ( **X** ) Respondent's/Counsel's  (  ) Government's motion to / request for:

(      )    Continue hearing - Scheduled for Individual/Master Calendar

(      )    Advance hearing date - Scheduled for Individual/Master

(      )    Administrative Closure

(      )    Terminate Removal Proceedings

(      )    Withdraw as Attorney of Record filed by attorney:

(      )    Motion to Reopen/Reconsider

(      )    Telephonic appearance of:    ❑ Attorney    ❑ Witness(s)

( **X** )    Other: **Motion to withdraw previously filed Motion to Continue**

It is HEREBY ORDERED that the above motion be ☑**GRANTED**  ❑ **DENIED**  because of the reason(s)
set forth below:

❑    There being <u>no</u> opposition to the motion.

❑    Good cause has been established for the above request.

❑    Opposition to the motion has <u>not</u> been filed with this Court.

❑    In the Government's opposition.

❑    The motion is untimely per San Francisco Immigration Court Local Operating Procedure.

☑ Other: **Motion is noted + Court sends condolences to Respondent.**

Date:  __1-9-08__

                                        Lawrence N. Di Costanzo
                                        Immigration Judge

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: [M] MAIL   [ ] PERSONAL SERVICE
TO:  [ ]ALIEN   [ ]ALIEN c/o Custodial Officer  [M]ALIEN's ATTY/REP   [M]INS=
DATE:  __1-9-08__   BY:  COURT STAFF  __6L__

# EXHIBIT
# G



ACTIVE

**IMMIGRATION COURT**
120 MONTGOMERY STREET, SUITE 800, COURTROOM 3
SAN FRANCISCO, CA  94108

JAN 16 2008

In the Matter of:                          Case No:A 98 132 337

Jose Alberto Navarro-                    IN REMOVAL PROCEEDINGS          70J

Gonzalez        **ORDER OF THE IMMIGRATION JUDGE**          16ol

This a summary of the oral decision entered on Jan. 15, 2008.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X]  The respondent was ordered removed from the United States to Mexico
[ ]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to _____ or in the alternative
     to _____.
[ ]  Respondent's application for voluntary departure was granted
     until _____ upon posting a bond in the amount of $_____
     with an alternative order of removal to_____.
[ ]  Respondent's application for asylum was ( ) granted  ( ) denied
     ( ) withdrawn  ( ) other.
[ ]  Respondent's application for withholding of removal under section
     241(b)(3)of the INA to_____was ( )granted ( ) denied
     ( ) withdrawn  ( ) other.
[ ]  Respondent's application for protection under Article III of the U.N.
     Convention Against Torture was ( ) granted  ( ) denied  ( ) withdrawn
     ( ) other.
[ ]  Respondent's application for cancellation of removal under section
     240A(a) was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.
[ ]  Respondent's application for cancellation of removal under section
     240A(b) was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.  If
     granted, it was ordered that the respondent be issued all appropriate
     documents necessary to give effect to this order.
[ ]  Respondent's application for a waiver under former section 212(c) of the
     INA was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.
[ ]  Respondent's application for adjustment of status under section _____
     of the INA was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.
     If granted, it was ordered that respondent be issued all appropriate
     documents necessary to give effect to this order.
[ ]  Respondent knowingly filed a frivolous asylum application after
     proper notice.
[X] Other: all applications deemed abandoned;
     in absentia proceedings.
     Appeal Waived/Reserved:  A   I   B

     Appeal due by: _____

     Date: 1-15-08                    Lawrence N. Di Costanzo
                                      Immigration Judge

                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer (M) ALIEN'S ATTY/REP [ ] DHS
DATE: 1-15-08    BY:(IJ)/ COURT STAFF    LANIE EH
     Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ]

# EXHIBIT
# H

LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, CA  94111
Frank P. Sprouls
(415) 391 2100
Attorneys for Respondent

IMMIGRATION AND NATURALIZATION SERVICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
SAN FRANCISCO, CALIFORNIA

In the matter of            File No. A
**JOSE ALBERTO NAVARRO-GONZALEZ**
Respondent                  *98 132 337*
_____/


## MOTION TO REOPEN/RESCIND *IN ABSENTIA* ORDER OF

## DEPORTATION/MATTER OF LOZADA


*Mea culpa, mea culpa mea maxima culpa.* The double
tragedy in this case has been brought about solely and
exclusively through the fault of present counsel and the
Respondent is completely and utterly blameless.

I received the 01/09/08 decision of the Immigration
Judge granting the motion along with a sensitive note of
condolence.

I fully understand that we filed a Motion to withdraw
the previously filed Motion to Continue, however I will
sheepishly aver that I do sign some pro forma legal motions

1

that were drafted by others and the withdrawal of the motion to Continue was not in the forefront of my consciousness and I though we still had the Motion to continue pending.

I was fully aware that the Respondent had just lost his father and I simply did not read the Order carefully.

I saw "granted" and "condolences" and out of solicitude for the grief of the Respondent I immediately had my receptionist call the Respondent and tell him that the Motion to continue was granted and he did not have to appear on the 15th.

The Respondent had no earthly reason to fail to appear and much more importantly, the Law office of Ricci and Sprouts certainly has no reason to consciously flout a Court Hearing Notice.

The fault is solely mine.

I am sure the Court and Government counsel would concede that the Law office of Ricci and Sprouls does not have a pattern and practice of failing to appear for regularly scheduled hearings and thus there is a genuine *res ipsa* quality to this case.

Next, the Respondent has been in proceeding for many years and he has always appeared and he truly ahs no earthly reason to fail to attend a duly Noticed hearing.

## I. MOTION TO RESCIND **IN ABSENTIA ORDERS**.

INA 240 (b) (5) allows for in absentia orders of removal provided proper notice has been received.

An in absentia order may be rescinded under the following

Circumstances;

(C) RESCISSION OF ORDER - SUCH AN ORDER MAY BE RESCINDED ONLY-

(i) Upon a motion to reopen filed within 180 days of after the date of the order of removal if the alien demonstrates that the failure to appear was based on exceptional circumstances (as defined in subsection (e) (1) or

(ii) Upon a motion to reopen filed at any time if the alien demonstrates that the alien did not receive notice…" section 239..."

In the instant case the exceptional circumstances are the sloppy and negligent actions of present counsel.

### A. **MOTION TO REOPEN REQUIREMENTS UNDER LOZADA**

Matter of Lozada 19 I&N Dec. 637 (BIA 1988) sets forth the criteria which must be met in order to bring a motion to reopen based on ineffective assistance of counsel.

Prior counsel must be informed that allegations of ineffective assistance have been filed and be given the opportunity to respond.

It is established law under the Ninth Circuit that the

3

rules of <u>Lozada</u> are **_not_** mechanical and unyielding and where the ineffective assistance of counsel is clear and manifest, there is no need to follow the predicates of <u>Lozada</u>. <u>Ontiveros-Lopez v. INS</u>, 213 F.3d. 1121 (9th Cir. 2000).

That is surely the case is here. The father's body is not yet cold and counsel misreads an IJ's order and he now presents the grieving son with an Order of Removal.

**CONCLUSION**

Based on the foregoing, the *in absentia* order of Removal should be rescinded and proceedings should be reopened.

Dated; _____ 2008

_____
Frank P. Sprouls

```
        US DHS
     SAN FRANCISCO
  RETAIN THIS RECEIPT

   2:45PM    Jan/17/08
00-0000 001    SFR-PC
#27023

A #          73959677
Last Name
     NAVARRO-GONZALEZ
First Name
       JOSE ALBERTO

MTR-Reopen  $110.00

Check       $110.00

 ✖Official✖
 ✖Document✖
```

Style Definition: Normal: Font: 10 pt

Formatted: Bottom: 1"

## PROOF OF SERVICE –

Case name: _LAVARRO_

A# _73 - 959 - 677_

I, the undersigned do hereby declare and affirm as follows;

I am employed at the law Office of Ricci Sprouls PC
AT 445 WASHINGTON STREET, SAN FRANCISCO, CA  and I am not a
party to this action.

That on  _1 - 17 - 08_

I caused to be served on the following interested parties –
____ _MOTION TO    RESCIND_

BY _____ FEDERAL EXPRESS MAIL
BY ____✓____ PERSONAL DELIVERY
BY _____REGULAR MAIL


OFFICE OF THE DISTRICT COUNSEL
IMMIGRATION AND NATURLIZATION SERVICE
_____ District Counsel
_____ 120 Montgomery Street – 2nd Floor
_____ San Francisco, CA

Dated: _1 - 17 - 08_

William Sprouls

# EXHIBIT
# I



RONALD E. LE FEVRE
Chief Counsel
PAUL K. NISHIIE
Deputy Chief Counsel
DONALD THOMPSON
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of the Chief Counsel
120 Montgomery Street, Suite 200
San Francisco, California
Phone: (415) 705-4010

JAN '2 2 2008

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE OF IMMIGRATION REVIEW
## BEFORE THE IMMIGRATION COURTS

| | |
|---|---|
| In the Matter of ) | File No.: A98 132 337 |
| ) | San Francisco |
| NAVARRO-GONZALEZ, Jose Alberto ) | |
| Respondent, ) | **GOVERNMENT'S OPPOSITION TO** |
| ) | **RESPONDENT'S MOTION TO REOPEN** |
| In Removal Proceedings ) | |
| ) | **IJ: Honorable Lawrence N. DiCostanzo** |
| ) | |
| ) | |

The Department of Homeland Security, Immigration and Customs Enforcement

opposes respondent's motion to reopen, dated January 17, 2008. On January 15, 2008,

the Immigration Judge ("IJ") conducted an *in absentia* hearing pursuant to section

240(b)(5)(A) of the Immigration and Nationality Act and ordered the respondent

removed *in absentia*. *See* Attachment 1, Immigration Judge's Removal Order, January

15, 2008. The IJ found removability established as charged and deemed any pending

applications abandoned. *Id.*

Respondent now files a motion to reopen the removal proceedings and rescind the

*in absentia* order of removal. There is an obvious conflict of interest when present

counsel is asserting an ineffective assistance of counsel against himself.   Although

respondent's counsel asserts an ineffective assistance of counsel claim, there is no

declaration from the allegedly aggrieved respondent as required by *Matter of Lozada*, 19

I&N Dec. 637 (BIA 1988).  Additionally respondent's counsel failed to notify the court

whether any complaint has been filed with the appropriate disciplinary authorities.  *Id.* at

639.

     Accordingly, respondent's motion to reopen should be denied.

Dated:  January 18, 2008                  Respectfully submitted,


                                   DONALD THOMPSON
                                   Assistant Chief Counsel
                                   San Francisco, CA

**IMMIGRATION COURT**
120 MONTGOMERY STREET, SUITE 800, COURTROOM 3
SAN FRANCISCO, CA  94108

In the Matter of:                    Case No: A 98 132 337

Jose Alberto Navarro-              IN REMOVAL PROCEEDINGS

Gonzalez    ORDER OF THE IMMIGRATION JUDGE

This a summary of the oral decision entered on _Jan. 15, 2008_.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X]    The respondent was ordered removed from the United States to _Mexico_
[  ]    Respondent's application for voluntary departure was denied and
        respondent was ordered removed to _____ or in the alternative
        to _____.
[  ]    Respondent's application for voluntary departure was granted
        until _____ upon posting a bond in the amount of $_____
        with an alternative order of removal to_____.
[  ]    Respondent's application for asylum was ( ) granted  ( ) denied
        ( ) withdrawn  ( ) other.
[  ]    Respondent's application for withholding of removal under section
        241(b)(3)of the INA to_____was ( )granted ( ) denied
        ( ) withdrawn  ( ) other.
[  ]    Respondent's application for protection under Article III of the U.N.
        Convention Against Torture was ( ) granted  ( ) denied  ( ) withdrawn
        ( ) other.
[  ]    Respondent's application for cancellation of removal under section
        240A(a) was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.
[  ]    Respondent's application for cancellation of removal under section
        240A(b) was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.  If
        granted, it was ordered that the respondent be issued all appropriate
        documents necessary to give effect to this order.
[  ]    Respondent's application for a waiver under former section _212(c)_ of the
        INA was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.
[  ]    Respondent's application for adjustment of status under section _____
        of the INA was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.
        If granted, it was ordered that respondent be issued all appropriate
        documents necessary to give effect to this order.
[  ]    Respondent knowingly filed a frivolous asylum application after
        proper notice.
[X] Other: _All applications deemed abandoned;_
        Appeal Waived/Reserved: _"in absentia" proceedings._ A  I  B

        Appeal due by: _____

        Date: _1-15-08_                    _Lawrence N. Di Costanzo_
                                            Lawrence N. Di Costanzo
                                            Immigration Judge

_____
                        CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL  M    PERSONAL SERVICE  P
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  M  ALIEN'S ATTY/REP  [ ] DHS
DATE: _1-15-08_   BY: (IJ)  COURT STAFF  _LARRY_
        Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List [ ]

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

That I am a citizen of the United States over the age of 18 years and not a party to the within-entitled action.  I am an employee of the U.S. Dept. of Homeland Security and my business address is 120 Montgomery Street, Suite 200, San Francisco, California 94104;

That I served a true copy of the attached **GOVERNMENT'S OPPOSITION**  by U.S. Mail, full postage paid, addressed as follows:

Frank P. Sprouls
Law Office of Ricci & Sprouls
Attorneys at Law
445 Washington Street
San Francisco, CA 94111

Executed on January 18, 2008, at San Francisco, California.

Donald Thompson
Assistant Chief Counsel

# EXHIBIT
# J

ACTV
LV

*ly* APR - 8 2008

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
120 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA    94104

RE: NAVARRO GONZALEZ, JOSE ALBERTO
FILE: A98-132-337

DATE:  Apr 4, 2008

TO:        LAW OFFICE OF RICCI & SPROULS
           RICCI, JOHN E.
           445 WASHINGTON STREET
           SAN FRANCISCO, CA    94111

      Please take notice that the above captioned case has been scheduled for a
**MASTER hearing** before the Immigration Court on **Jun 27, 2008 at 09:00 A.M.** at:

              120 MONTGOMERY ST., SUITE 800, COURTROOM 3
              SAN FRANCISCO, CA    94104

      You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
      Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:  (1) You may be taken into
custody by the Department of Homeland Security and held for further
action. OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act.  An order of removal will be entered
against you if the Department of Homeland Security established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.
      IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT SAN FRANCISCO, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
      A list of free legal service providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 703-305-1662.

                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [M] ALIEN's ATT/REP  [M] DHS
DATE:  **4-4-08**        BY: COURT STAFF   *EL*                      V3
        Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
120 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA  94104

LAW OFFICE OF RICCI & SPROULS
RICCI, JOHN E.
·445 WASHINGTON STREET
SAN FRANCISCO, CA  94111

APR - 8 2008

Date: Apr 4, 2008

File A98-132-337

In the Matter of:
NAVARRO GONZALEZ, JOSE ALBERTO

_____ Attached is a copy of the written decision of the Immigration Judge.
This decision is final unless an appeal is taken to the Board of
Immigration Appeals.  The enclosed copies of FORM EOIR 26,
Notice of Appeal, and FORM EOIR 27, Notice of Entry as Attorney or
Representative, properly executed, must be filed with the Board of
Immigration Appeals on or before _____.
The appeal must be accompanied by proof of paid fee ($110.00).

_____ Enclosed is a copy of the oral decision.

_____ Enclosed is a transcript of the testimony of record.

_____ You are granted until _____ to submit a brief
to this office in support of your appeal.

_____ Opposing counsel is granted until _____ to submit a
brief in opposition to the appeal.

__X__ Enclosed is a copy of the order/decision of the Immigration Judge. *and*
*Notice of Hearing in Removal Proceedings.*
All papers filed with the Court shall be accompanied by proof
of service upon opposing counsel.

Sincerely,

Elsa Hiscox
_____
Immigration Court Clerk                    UL

cc: THOMPSON, DONALD W.
    120 Montgomery Street, Ste 200
    San Francisco, CA  94104

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
120 Montgomery Street, Suite 800
San Francisco, CA 94104

In the Matter of:

**Jose Alberto NAVARRO GONZALEZ**

Case Number: A 98 132 337
(Removal Proceedings)

\*    \*    \*    \*

**ORDER**

In the circumstances here, I am willing to accept counsel's statement that he was not diligent and that the respondent is not at fault. The confession indicates ineffective assistance. Accordingly, I will grant the motion to reopen.

On another note, I am concerned that counsel did not read my order carefully and seems to have been unaware that he signed the motion to withdraw a continuance motion. I am also concerned about the statement that he sometimes signs other documents without reading them. He describes the documents as pro forma. Nonetheless, they are filed with the Court, and they have consequences.

Actually, I think that counsel had better remember that there is no such thing as a pro forma document — especially since the present motion has made an impression on me.

A98 132 337                    1 of 2

**ORDER:** The motion to reopen and to rescind the order of removal that issued <u>in</u> <u>absentia</u> on January 15, 2008, is granted.

Dated:   4 · 4 · 08

Lawrence N. DiCostanzo
Immigration Judge

A98 132 337                                    2 of 2

# EXHIBIT K

*LAW OFFICE OF RICCI & SPROULS*
*445 WASHINGTON STREET*
*SAN FRANCISCO, CA 94111*
*415 391 2100*
*FAX 415 391 4678*

03/27/08

DHS
OFFICE OF DETENTION AND DEPORTION
OFFICER BIBLE

RE; **Jose Alberto Navarro-Gonzalez**
A98 132 337

The above named alien has been in Removal proceedings for years.

There is an *in absenbtia* order based on a strange set of facts and a Motion to Rescind is pending. (See attached)

We had a motion to continue pending before the IJ based on the pending I-130 filed by his father.

The father died and we filed a Notice to Withdraw the Motion to Continue.

The IJ granted the Motion to Withdraw and we misread it as a Grant of the Motion to Continue and we instructed the alien to not attend the hearing.

The Motion stays Removal and I was wondering if we could make some arrangements for some type of Bond or supervised release.

Please feel free to call me at the above number.

Sincerely,

Frank P. Sprouls

## LAW OFFICE OF RICCI & SPROULS
### 445 WASHINGTON STREET
### SAN FRANCISCO, CA 94111
#### 415 391 2100
#### FAX 415 391 4678

03/28/08

DHS
OFFICE OF DETENTION AND DEPORTATION
OFFICER BIBLE

RE; **Jose Alberto Navarro-Gonzalez**
A98 132 337

This alien is the subject of a pending in absnetia order
which of course automatically stays removal.

I dropped off a letter and a copy of the Motion yesterday.

I understand you were out in the field and probably did not
receive it.

In any event, Mr. Navarro was erroneously deported last
night.

There is no question that I could file a writ in federal
court compelling his return, however I am sure that we can
work something out.

We certainly understand that mistakes happen and we do not
ascribe blame, however, Mr. ~~Diaz~~ was erroneously deported.
NAVARLO

Please feel free to call me at the above number.

Sincerely,

Frank E. Sprouls

# LAW OFFICE OF RICCI AND SPROULS
## 445 WASHINGTON STREET
## SAN FRANCISCO, CA
## 415 391 2100
## FAX 415 391 4678

04/09/08

OFFICER BIBLE

Re; Jose Navarro
A98 132 337

Please find enclosed the Judge's order reopening the case of Jose Navarro.

He has a non-Custody Master scheduled for Jun. 27. 08.

I trust that he can be returned as soon as possible.

It would not be difficult to obtain an Order from a Federal Judge compelling his retune, however I am sure that will not be necessary.

Sincerely,

Frank P. Sprouls

## LA. )FFICE OF RICCI AND SPRt  LS
### 445 WASHINGTON STREET
### SAN FRANCISCO, CA
### 415 391 2100
### FAX 415 391 4678

04/14/08

To: Nancy Alcantar
Re: Jose Navarro

I understand that the hold-up in paroling this alien is that you were on assignment in El Paso.

I understand that you have your procedures; however the alien was unlawfully deported.

(It was clearly the IJ's clerk that made the error and your office is not at fault, however that does not alter the fact that the alien was removed with a pending Motion to Rescind and that is contrary to law)

Next, the Immigration Judge has reopened the case.

It is inconceivable that in the Modern Age of faxes, e-mails and overnight mail, that something cannot be accomplished with an administrator in another state.

There is no real impediment to my filing a writ of habeas corpus and asking for EAJA fees; however this is something that we can easily work out.

Please feel free to call me at the above number.

Sincerely,

Frank P. Sprouls

**PROOF OF SERVICE –**

**Case name    -**

I, William Sprouls, the undersigned do hereby declare and affirm as follows;

I am employed at the law Office of Ricci and Sprouls at 445 Washington Street, San Francisco, CA and I am not a party to this action.

That on ___5/2___ /08

WRIT OF MANDAMUS

----x-----Regular mail

___ ____E- File

--- X--- Personal Delivery To:

__x___ US ATTORNEYS OFFICE

CIVIL DIVISION

450 Golden Gate Ave.

San Francisco, CA

DISTRICT DIRECTOR INS
CITIZENSHIP UNIT
630 SANSOME STREET
SAN FRANCISCO, CA 94111

Dated ___5/2_____ 2008

WILLIAM SPROULS